## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Boxer Ramen LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-2561943** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**2214 SE 8th Ave**<br>**Portland, OR 97214**<br>Number, Street, City, State & ZIP Code<br><br>**Multnomah**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 14688**<br>**Portland, OR 97293**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**See attached Exhibit A.**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **https://boxerramen.com** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Boxer Ramen LLC**　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | **Boxer Ramen LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**    **See attached Exhibit A**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☒ Yes.   Insurance agency   **Brian K. Woodbury Agency**
         Contact name   **Karie Oswalt**
         Phone   **503-635-3030**

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                                     ☐ $500,000,001 - $1 billion

Debtor  **Boxer Ramen LLC**            Case number (*if known*)
_____Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Boxer Ramen LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **2/08/2024**
MM / DD / YYYY

**X** **/s/ Micah Camden**  **Micah Camden**
Signature of authorized representative of debtor   Printed name

Title  **Member**

**18. Signature of attorney**

**X** **/s/ Thomas W. Stilley**   Date **2/08/2024**
Signature of attorney for debtor   MM / DD / YYYY

**Thomas W. Stilley**
Printed name

**Sussman Shank LLP**
Firm name

**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205**
Number, Street, City, State & ZIP Code

Contact phone  **503-227-1111**   Email address  **tstilley@sussmanshank.com**

**883167 OR**
Bar number and State

Exhibit A to Boxer Ramen LLC Voluntary Petition:

4. and 12. Location of principal place of assets

**2270 NW Savier St, Suite 1668, Portland, OR  97210**

**3003 NE Alberta Unit 6, Portland, OR  97211**

**3205 SW Cedar Hills Blvd, Suite 24, Beaverton, OR  97005**

**7847 SW Capital Hwy, Portland, OR  97219**

**Fill in this information to identify the case:**

Debtor name: **Boxer Ramen LLC**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **2/08/2024**     X **/s/ Micah Camden**
                              Signature of individual signing on behalf of debtor

                              **Micah Camden**
                              Printed name

                              **Member**
                              Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:
Debtor name **Boxer Ramen LLC**
United States Bankruptcy Court for the: **DISTRICT OF OREGON**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Small Business Admin. 1407 SW 14th Ave Ste 5 Portland, OR 97214 | Therese Meers answerdesk@sba.gov 503-326-2682 | Loan | Unliquidated | $1,521,300.00 | $80,000.00 | $1,441,300.00 |
| Square Financial Services, Inc 3165 East Millrock Drive Suite 160 Salt Lake City, UT 84121 | Lewis Goodwin 855-700-6000 | Loan | | $211,584.51 | $0.00 | $211,584.51 |
| FAB King LLC PO Box 6774 Portland, OR 97228 | Stephanie Sahagian stephanie@houseofspearsmgmt.com 302-658-7581 | Loan | | $125,000.00 | $0.00 | $125,000.00 |
| Graziano Foodservice, Inc. 16107 SE 98th Ave Clackamas, OR 97015 | Christopher L. Graziano info@grazianofoodservice.com 503-236-8207 | Vendor | | | | $37,315.69 |
| Corfini Gourmet 11040 SW Myslony St. #100 Tualatin, OR 97062 | John M. Debenedetti theresal@corfinigourmet.com 503-928-4771 | Vendor | | | | $15,000.00 |
| Wismettac Asian Foods, Inc. 19931 72nd Ave S, Suite 101 Kent, WA 98032 | Yuji Sasa ars@rasi.com 562-802-1900 | Vendor | | | | $8,000.00 |

Debtor **Boxer Ramen LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KW Savier Street, LLC** **2270 NW Savior St** **Portland, OR 97210** | **Brigitte Boudress** **bboudress@kennedywilson.com** **310-887-6495** | **Lease** | | | | $6,621.11 |
| **Portland General Electric** **121 SE Salmon St** **Portland, OR 97204** | **Carolyn Walker** **customer.service@pgn.com** **800-452-8818** | **Utilities** | | | | $2,252.08 |
| **NW Natural Gas** **2610 SE 8th Ave** **Portland, OR 97202** | **Mardilyn Saathoff** **smf@nwnatural.com** **800-422-4012** | **Utilities** | | | | $970.97 |
| **US Foods** **350 S Pacific Hwy** **Woodburn, OR 97071** | **Martha Ha** **martha.ha@usfoods.com** **408-766-5600** | **Vendor** | | | | $958.73 |
| **Pacific Power** **825 NE Multnomah St** **Portland, OR 97232** | **Stefan Bird** **accountnotices@pacificorp.com** **888-221-7070** | **Utilities** | | | | $394.71 |
| **Comcast Business** **1701 John F Kennedy Blvd** **Philadelphia, PA 19103-2838** | **Francis M. Buano** **Francis_Buono@comcast.** **866-429-0152** | **Utilities** | | | | $392.18 |

# United States Bankruptcy Court
## District of Oregon

In re **Boxer Ramen LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Micah Camden**<br>**2255 S Military Rd**<br>**Portland, OR 97219** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **2/08/2024**  

Signature **/s/ Micah Camden**  
**Micah Camden**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Oregon

In re **Boxer Ramen LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **2/08/2024**

**/s/ Micah Camden**  
**Micah Camden**/**Member**  
Signer/Title

# United States Bankruptcy Court
## District of Oregon

In re **Boxer Ramen LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Boxer Ramen LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **2/08/2024** | **/s/ Thomas W. Stilley** |
| Date | **Thomas W. Stilley** |
| | Signature of Attorney or Litigant |
| | Counsel for **Boxer Ramen LLC** |
| | **Sussman Shank LLP** |
| | **1000 SW Broadway** |
| | **Suite 1400** |
| | **Portland, OR 97205** |
| | **503-227-1111** |
| | **tstilley@sussmanshank.com** |

**United States Bankruptcy Court**
**District of Oregon**

In re  Boxer Ramen LLC
                         Debtor(s)

Case No.
Chapter  11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, Micah Camden, declare under penalty of perjury that I am the Member of Boxer Ramen LLC, and that the following is a true and correct copy of the Authorization of Members of adopted by the Members of said limited liability company ("LLC") at a special meeting duly called and held on the 8th day of February, 2024.

    "Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Micah Camden, Member of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the LLC; and

    Be It Further Resolved, that Micah Camden, Member of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

    Be It Further Resolved, that Micah Camden, Member of this LLC is authorized and directed to employ Thomas W. Stilley, attorney and the law firm of Sussman Shank LLP to represent the LLC in such bankruptcy case."

Date  2/08/2024

Signed  /s/ Micah Camden
         Micah Camden

# Authorization of Members
# of
# Boxer Ramen LLC

    Whereas, it is in the best interest of this Limited Liability Company ("LLC") to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Micah Camden, Member of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the LLC; and

    Be It Further Resolved, that Micah Camden, Member of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

    Be It Further Resolved, that Micah Camden, Member of this LLC is authorized and directed to employ Thomas W. Stilley, attorney and the law firm of Sussman Shank LLP to represent the LLC in such bankruptcy case.

Date 2/08/2024     Signed /s/ Micah Camden

                                                                                   Micah Camden, Sole Member

Date     Signed